IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MCGARRY & MCGARRY, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> BANKRUPTCY MANAGEMENT SOLUTIONS, INC., <br><br> Defendant. | CASE NO. 16 CV 8914 <br> JUDGE JOAN H. LEFKOW |

**AGREED ORDER ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND TO STAY DISCOVERY**

Defendant, Bankruptcy Management Solutions, Inc. ("BMS"), by and through its undersigned counsel, respectfully moves the Court for the entry of an Order, *by agreement*, setting a briefing schedule for the parties in connection with BMS's forthcoming Motion, pursuant to Fed. R. Civ. P. 26(c), for a Protective Order and to Stay Discovery Pending the Resolution of BMS's Motion to Dismiss ("Motion for a Protective Order and Stay of Discovery"). The Motion to Dismiss is fully briefed. In support of this Motion for an Agreed Order setting a briefing schedule, BMS states as follows:

1. Plaintiff has asserted complex antitrust claims pursuant to the Sherman Act (15 U.S.C. §1) and the Illinois Antitrust Act (740 ILCS 10/3). *See* Complaint, Dkt. #1.

2. BMS filed a Motion to Dismiss, which is fully briefed. *See* Dkt. #26 through 26-7, 27, 30, 30-1, 30-2, 31, 32, 33, and 34.

3. Lead counsel for BMS has conferred with Plaintiff's counsel at a Rule 26(f) conference regarding an Agreed Order setting the following proposed briefing schedule for the

Motion for a Protective Order and Stay of Discovery, and all counsel agree upon such proposed schedule:

a. BMS's Motion for a Protective Order and Stay of Discovery , and its papers in support of that motion, shall be filed on or before December 27, 2016;

b. Plaintiff's papers in opposition to the Motion for a Protective Order and Stay of Discovery shall be filed on or before January 4, 2017;

c. BMS's Reply papers on the Motion for a Protective Order and Stay of Discovery shall be filed on or before January 10, 2017.

WHEREFORE, Defendant, Bankruptcy Management Solutions, Inc., by and through its undersigned counsel, prays for the entry of an Order setting the aforesaid proposed briefing schedule and for such other and further relief as is appropriate under the circumstances.

Dated: December 21, 2016

_____

U.S. District Judge Joan H. Lefkow

Michael I. Leonard
**LEONARDMEYER, LLP**
120 North LaSalle, 20th Floor
Chicago, Illinois 60602
Telephone: 312-380-6559

**DORSEY & WHITNEY LLP**

____/s/_____
Jonathan M. Herman (admitted pro hac vice)
Kaleb McNeely (admitted pro hac vice)
51 West 52nd Street
New York, NY 10019-6119
Telephone: 212-415-9247

Michael A. Lindsay (admitted pro hac vice)
DORSEY & WHITNEY LLP
lindsay.michael@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: 612-340-7819

*Counsel for Bankruptcy Management Solutions, Inc.*

3