IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MCGARRY & MCGARRY, LLC,<br><br>      Plaintiff,<br><br>    vs.<br><br>BANKRUPTCY MANAGEMENT SOLUTIONS, INC.,<br><br>      Defendant. | CASE NO. 16 CV 8914<br>JUDGE JOAN H. LEFKOW |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY
PENDING THE RESOLUTION OF ITS MOTION TO DISMISS**

Defendant, Bankruptcy Management Solutions, Inc. ("BMS"), by and through its undersigned counsel, hereby moves for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure to stay all party and nonparty discovery pending the resolution of its Motion to Dismiss the putative class action claims of Plaintiff McGarry & McGarry, LLC. Good cause exists for a stay, because: (1) resolution of the Motion to Dismiss may resolve Plaintiff's claims in their entirety; (2) the Court should rule on the threshold issues of immunity and standing before discovery commences; (3) Plaintiff will suffer no prejudice by a slight delay in discovery, while BMS faces a heavy and one-sided burden, as well as significant expense in responding to the discovery requests, and the ten subpoenaed nonparties will likewise suffer significant burden and expense in responding to or otherwise dealing with the 10 subpoenas that Plaintiff has served; and (4) *Twombly* and *Iqbal* caution against permitting discovery when pleadings might be insufficient. BMS sets forth in detail the bases for this motion in the supporting memorandum of law and Declaration of Jonathan M. Herman, both filed concurrently with this motion and incorporated herein.

**WHEREFORE,** Defendant respectfully requests that this Court enter an Order granting this motion, staying all party and nonparty discovery in this matter pending the resolution of the motion to dismiss, and granting such other and further relief as this Court deems necessary and proper.

DATED: December 27, 2016            Respectfully submitted,

Michael I. Leonard            **DORSEY & WHITNEY LLP**
**LEONARDMEYER, LLP**
120 North LaSalle, 20th Floor      */s/ Jonathan M. Herman*
Chicago, Illinois 60602          Jonathan M. Herman (admitted pro hac vice)
Telephone: 312-380-6559       herman.jonathan@dorsey.com
                                              Kaleb McNeely (admitted pro hac vice)
                                              mcneely.kaleb@dorsey.com
                                              51 West 52nd Street
                                              New York, NY 10019-6119
                                              Telephone: 212-415-9247

                                              Michael A. Lindsay (admitted pro hac vice)
                                              DORSEY & WHITNEY LLP
                                              lindsay.michael@dorsey.com
                                              Suite 1500, 50 South Sixth Street
                                              Minneapolis, MN 55402-1498
                                              Telephone: 612-340-7819

                                              *Counsel for Bankruptcy Management*
                                              *Solutions, Inc.*