# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

McGarry & McGarry, LLC,

Plaintiff(s),

v.

Bankruptcy Management Solutions, Inc.,

Defendant(s).

Case No. 16 CV 8914

Judge Joan Humphrey Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: McGarry & McGarry, LLC's federal claim is dismissed with prejudice. The court declines to exercise supplemental jurisdiction over the state law claim, and case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Joan Humphrey Lefkow on a motion to dismiss.

Date: 6/16/2017

Thomas G. Bruton, Clerk of Court

Michael Dooley , Deputy Clerk